# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-2249

State of Tennessee, et al.

Appellants

v.

Equal Employment Opportunity Commission

Appellee

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Delta
(2:24-cv-00084-DPM)
_____

**ORDER**

The motion for an administrative stay and the motion for an injunction pending appeal are denied. The clerk is directed to set this case for oral argument during the September 2024 session of court in St. Louis, Missouri. The parties will be advised of the date and time of the argument when the clerk publishes the September 2024 oral argument calendar. The clerk is directed to establish a briefing schedule accordingly.

June 25, 2024

Order Entered at the Direction of the Court:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
_____

/s/ Maureen W. Gornik